### Young *et al. v.* Cedartown Textiles Inc.

Wyatt, Justice.  1. It is contended by the plaintiffs in error that the
judgment of the court below was illegal because the defendants were
exercising their constitutionally protected rights of freedom of speech
and freedom of assembly under the Constitution of the United States
and the Constitution of the State of Georgia of 1945.  Such an assign-
ment of error is too indefinite to raise any question for decision by
this court.

2. All other questions raised in the instant case are controlled by the
rulings made in the case of *Williams* v. *Cedartown Textiles,* ante, p. 659.
*Judgment affirmed.   All the Justices concur.*

No. 17677.   Argued November 13, 1951—Decided January 14, 1952—
Rehearing denied January 29, 1952.